UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | Civil Action No. 25-3516 (AHA) |

## ANSWER

Defendants United States Department of Commerce ("Commerce") and National Oceanic and Atmospheric Administration ("NOAA") hereby respond to Plaintiff's Complaint (ECF No. 1). This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). All allegations in the Complaint, including the relief sought, are denied except when specifically admitted. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants respectfully refer this Court to those materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith; such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiff, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action.

In answer to the Complaint, Defendants admit, deny, or otherwise aver as follows:

The first unnumbered paragraph consists of Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendants admit only that Plaintiff purports to bring this action pursuant to FOIA.

1

## JURISDICTION AND VENUE[1]

1. This paragraph consists of conclusions of law regarding subject matter jurisdiction, to which no response is required. To the extent a response is required, Defendants admit only that this Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

2. This paragraph consists of conclusions of law regarding venue, to which no response is required. To the extent a response is required, Defendants admit that venue is proper in this district.

## PARTIES

3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendants admit that Commerce is an agency within the meaning of 5 U.S.C. 552(f)(1) and headquartered in Washington, D.C. Defendants also admit that NOAA is a component of Commerce. The final sentence in this paragraph contains conclusions of law to which no response is required.

## STATEMENT OF FACTS

5. Defendants admit that they received the three FOIA requests referenced in the Complaint. Defendants also admit that Plaintiff is entitled to a response to these requests but deny implication in this paragraph of any violation of FOIA. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and they are therefore denied.

---

[1] Defendants include the headings listed in the Complaint solely to assist in reading the pleadings and do not admit the accuracy of these headings.

6. The allegations in this paragraph set forth legal conclusions, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to the FOIA for a complete and accurate statement of its content.

7. The allegations in this paragraph consist of Plaintiff's characterization of the referenced memorandum from the former Attorney General, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to that memorandum for a complete and accurate statement of its content.

8. Defendants admit that Plaintiff is entitled to a response to these requests but deny implication in this paragraph of any violation of the FOIA. Defendants further state that NOAA has issued two interim productions in response to this request. The remainder of the allegations consist of Plaintiff's characterization of this action and legal argument and conclusions to which no response is required.

9. The allegations in this paragraph set forth legal conclusions, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to the FOIA statute for a complete and accurate statement of its content.

I. **FGI's FOIA REQUEST TO COMMERCE FOR RECORDS REGARDING ECOLOGICAL EFFECTS OF WIND POWER.**

10. Defendants admit that on or around August 30, 2024, Commerce received the referenced FOIA request, and that Commerce sent the referenced emails acknowledging its receipt and assigning the referenced tracking numbers. The remainder of the allegations consist of Plaintiff's reproduction and characterization of the FOIA request, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to the FOIA request, attached as Exhibit A to Plaintiff's Complaint.

11.     Defendants admit that Commerce sent the referenced correspondence acknowledging receipt of the request and assigning the referenced tracking number. Defendants respectfully refer the Court to this correspondence, attached as Exhibit B to Plaintiff's Complaint.

12.     Defendants admit that, as of the date of the Complaint, Defendants have not provided final determinations to Plaintiffs in response to Plaintiffs' FOIA request but deny any implication in this paragraph of any violation of the FOIA.

## II.   FGI'S FOIA REQUEST TO NOAA FOR RECORDS REGARDING ECOLOGICAL EFFECTS OF WIND POWER.

13.     Defendants admit that on or around August 30, 2024, NOAA received the referenced FOIA request, The remainder of the allegations consist of Plaintiff's reproduction and characterization of the FOIA request, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to the FOIA request, attached as Exhibit C to Plaintiff's Complaint.

14.     Defendants admit that NOAA sent Plaintiff the referenced correspondence acknowledging receipt of the request and assigning the referenced tracking number. Defendants respectfully refer the Court to this correspondence, attached as Exhibit D to Plaintiff's Complaint.

15.     Defendants admit that, as of the date of the Complaint, Defendants have not provided final determinations to Plaintiff in response to Plaintiff's FOIA request but deny any implication in this paragraph of any violation of FOIA.

## III.  FGI'S FOIA REQUEST TO NOAA FOR RECORDS RELATED TO THE CHUMASH HERITAGE NATIONAL MARINE SANCTUARY.

16.     Defendants admit that on or around April 30, 2025, NOAA received the referenced FOIA request. The remainder of the allegations consist of Plaintiff's reproduction and characterization of the FOIA request, to which no response is required. To the extent a response

is required, Defendants respectfully refer the Court to the FOIA request, attached as Exhibit E to Plaintiff's Complaint.

17. Defendants admit that NOAA sent Plaintiff the referenced correspondence acknowledging receipt of the request and assigning the referenced tracking number. Defendants respectfully refer the Court to this correspondence, attached as Exhibit F to Plaintiff's Complaint.

18. Defendants admit that, as of the date of the Complaint, Defendants have not provided final determinations to Plaintiff in response to Plaintiff's FOIA request but deny any implication in this paragraph of any violation of the FOIA.

## CAUSE OF ACTION

19. Defendants incorporate by reference and restate their responses to the allegations in Paragraphs 1 through 19.

20. This paragraph sets forth legal conclusions, to which no response is required.

22.[2] This paragraph sets forth legal conclusions, to which no response is required.

## REQUESTED RELIEF

The remainder of the Complaint consists of Plaintiff's requests for relief, to which no response is required; to the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the relief requested or to any relief at all.

## DEFENSES

In further response to the Complaint, Defendants raise the following defenses. Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses in this

---

[2] Plaintiff appears to have inadvertently labeled what constitutes the twenty-first paragraph of the Complaint as Paragraph 22. To avoid confusion, Defendants are using Paragraph 22 as the corresponding number in the Answer.

Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation.

### First Defense

Plaintiff is not entitled to the further production of records protected from disclosure by one or more applicable FOIA exemptions, the release of which would foreseeably harm an interest that the exemption protects, or records protected from disclosure by one or more applicable FOIA exclusions.

### Second Defense

Plaintiff is not entitled to the production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

### Third Defense

Plaintiff is not entitled to enjoin Defendants from withholding any and all non-exempt records responsive to Plaintiff's FOIA requests.

### Fourth Defense

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

### Fifth Defense

Plaintiff is not entitled to declaratory relief.  5 U.S.C. § 552(a)(4)(B).

### Sixth Defense

At all times alleged in the Complaint and relevant to this matter, Defendants acted in good faith, with justification, and pursuant to authority.

### Seventh Defense

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

**Eighth Defense**

Some or all of Plaintiff's FOIA requests fail to adequately describe the records sought, and other portions are overbroad and unduly burdensome, requiring extensive, non-targeted searches and disproportionate diversion of agency resources in contravention of FOIA and beyond Defendants' obligations under FOIA.

Dated: January 5, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*