UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNTIONAL GOVERNMENT INITIATIVE,

*Plaintiff*,

v.

U.S. DEPARTMENT OF COMMERCE, et al.,

*Defendants*.

Civil Action No. 25-3513 (AHA)

## JOINT STATUS REPORT

Pursuant to the Court's Standing Order (ECF No. 4), the parties in this Freedom of Information Act ("FOIA") matter hereby provide the following Joint Status Report:

1.      Defendants report that the search for records potentially responsive to Plaintiff's FOIA request is completed, and approximately 1250 potentially responsive records have been collected.

2.      Defendants have begun processing records and have already made two interim productions.  Defendants intend to continue processing and producing records on a rolling basis, and anticipate making their next production of records on or before February 27, 2026.

3.      The parties propose that they file a further Joint Status Report in sixty days—*i.e.*, on or before March 23, 2026—and every sixty days thereafter, to update the Court on the status of Defendant's processing of Plaintiff's FOIA request and propose a schedule for further proceedings in this matter.

- 2 -

Dated: January 21, 2026
     Washington, DC

 /s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
D.C. Bar No. #1012943
WILLIAM J. OLSON
William J. Olson, P.C.
370 Maple Ave. West, Suite 4
Vienna, VA 22180
Tel: (703) 356-5070
jmorgan@lawandfreedom.com


*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. 983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for United States of America*