UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNTIONAL GOVERNMENT INITIATIVE, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, et al., <br><br> *Defendants*. | Civil Action No. 25-3513 (AHA) |

## JOINT STATUS REPORT

Pursuant to the Court's Standing Order (ECF No. 4), the parties in this Freedom of Information Act ("FOIA") matter hereby provide the following Joint Status Report:

1.     Defendants report that the search for records potentially responsive to Plaintiff's FOIA request is completed, and approximately 1250 potentially responsive records have been collected.

2.     Defendants report that they have continued processing the records determined to be responsive.  Defendants made an additional production on March 20, 2026, and anticipate that they will make their next production by April 24, 2026.

3.     The parties propose that they file a further Joint Status Report in sixty days—*i.e.*, on or before May 22, 2026—and every sixty days thereafter, to update the Court on the status of Defendant's processing of Plaintiff's FOIA request and propose a schedule for further proceedings in this matter.

- 2 -

Dated: March 23, 2026
      Washington, DC

 /s/ *Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. #1012943
WILLIAM J. OLSON
William J. Olson, P.C.
370 Maple Ave. West, Suite 4
Vienna, VA 22180
Tel: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/ *Esther You*
ESTHER M. YOU
D.C. Bar No. 1044337
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-6608
esther.you2@usdoj.gov

*Counsel for United States of America*